IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01905-AP

ROSALIND G. PAYNE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| NICHOLAS DAVID PURIFOY<br>Midland Professional Associates<br>5020 Bob Billings Parkway<br>Lawrence, KS 66049<br>Telephone (785)832-8521<br>FAX (785)813-0006<br>E-mail: npurifoy@midlandgroup.com<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>1225 17th Street, Suite 700<br>Denver, CO 80202<br>Telephone: (303)454-0184<br>Facsimile: (303)454-0400<br>Kevin.Traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** September 10, 2007
**B. Date Complaint Was Served on U.S. Attorney's Office:** October 22, 2007
**C. Date Answer and Administrative Record Were Filed:** December 21, 2007 (Answer) and December 26, 2007 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. BRIEFING SCHEDULE

Because of workload, counsel for the Commissioner requests that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan. Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** March 12, 2008
**B. Defendant's Response Brief Due:** April 11, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** April 28, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| *s/ Nicholas David Purifoy* | TROY A. EID |
| NICHOLAS DAVID PURIFOY | United States Attorney |
| Midland Professional Associates | |
| 5020 Bob Billings Parkway | *s/Kevin T. Traskos* |
| Lawrence, KS 66049 | KEVIN T. TRASKOS |
| Telephone (785)832-8521 | Deputy Chief, Civil Division |
| FAX (785)813-0006 | United States Attorney's Office |
| E-mail: npurifoy@midlandgroup.com | 1225 17th Street, Suite 700 |
| Attorney for Plaintiff | Denver, CO 80202 |
| | Telephone: (303)454-0184 |
| | Facsimile: (303)454-0400 |
| | Kevin.Traskos@usdoj.gov |

Of counsel:
Alexess Rea
Assistant Regional Counsel
Social Security Administration