IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-1905-ZLW

ROSALIND G. PAYNE,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: July __22__, 2008


      It is ORDERED that Plaintiff's counsel's request to appear by telephone at the July 23, 2008, hearing, which Defendant's counsel does not oppose, is granted.  It is

      FURTHER ORDERED that  **Plaintiff's counsel shall call Chambers (303-844-2784) at 1:55 p.m. on Wednesday, July 23, 2008.**  Counsel is directed to use a land line; no cellular, cordless, or speaker phones are permitted.